IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVIN MICHAEL MURRAY,

      Appellant,

v.

                                               Case No. 5D22-1819
                                               LT Case No. 2010-CF-004460-B

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and
Ryan M. Belanger, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie J. Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EISNAUGLE, HARRIS and MACIVER, JJ., concur.